# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130703 & (31) (32)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DAVID KIRCHER.

_____

DAVID KIRCHER,
          Plaintiff-Appellant,

v

                                                SC: 130703
                                              COA: 265315

WASHTENAW CIRCUIT JUDGE,
          Defendant-Appellee,

and

CITY OF YPSILANTI,
          Intervenor.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to consolidate is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

s0619

_____
Clerk